**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 98-6046

———————

MARVIN HADEN,

Plaintiff - Appellant,

versus

ANDY WAMSLEY, Commissioner of Randolph County;
WILLARD L. HERRON, Sheriff of Randolph County;
TROOPER ALTON, Arresting Officer, Randolph
County State Police; DOYLE, Jailor; COFFMAN,
Jailor,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Northern
District of West Virginia, at Elkins.  Robert Earl Maxwell, Senior
District Judge.  (CA-97-2-2)

———————

Submitted:  July 2, 1998          Decided:  July 22, 1998

———————

Before NIEMEYER and HAMILTON, Circuit Judges, and HALL, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Marvin Haden, Appellant Pro Se.  Bridgette Rhoden Wilson, BUSCH &
TALBOTT, Elkins, West Virginia; Michael Kozakewich, Jr., STEPTOE &
JOHNSON, Clarksburg, West Virginia, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Haden v. Wamsley</u>, No. CA-97-2-2 (N.D.W. Va. Dec. 18, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>